UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL A. ALFARO,

    Plaintiff,

vs.                              Case No. 3:99-cv-1152-J-HTS

JO ANNE B. BARNHART,
Commissioner of the Social
Security Administration,

    Defendant.

## O R D E R

This cause is before the Court on the Application for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #29; Application), filed December 15, 2006.  Defendant has no objection to the amount sought in the Application.  Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #30), filed December 22, 2006, at 2.

The Application requests the Court to award $2,103.24 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act.  *Id.* ¶ 3.  Counsel expended 13.25 hours in representing Plaintiff before the Court in 1999, 2000, 2005 and 2006.  *See id.*; Affidavit of Attorney's Time, attached to the Application.  Hourly rates of $132.73 for 0.7 hours expended in

1999, $137.19 for 0.5 hours in 2000, $155.59 for 0.4 hours in 2005 and $161.33 for 11.65 hours in 2006 are sought. Application ¶ 3.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,103.24 in attorney fees.

Accordingly, the Application (Doc. #29) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,103.24.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of December, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of record
    and pro se parties, if any